COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-036-CV

JIM SHAW, DEFENDANT-SURETY APPELLANT

V.

THE STATE OF TEXAS APPELLEE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

In this bond forfeiture case, Appellant Jim Shaw attempts to appeal from the trial court’s judgment signed October 16, 2009.
(footnote: 2)  Because Appellant timely filed a motion for new trial, his notice of appeal was due January 14, 2010, but he did not file his notice of appeal until February 3, 2010, which was untimely.
(footnote: 3) 

On February 10, 2010, we notified Appellant that his appeal was subject to dismissal for want of jurisdiction unless, by February 22, 2010, he filed a response showing grounds for continuing the appeal.
(footnote: 4)  No response has been filed.  Accordingly, we dismiss this appeal for want of jurisdiction.
(footnote: 5)

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:
 
 March 18, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.

2:
See 
Tex. Code Crim. Proc. Ann. arts. 44.42, 44.44 (Vernon 2006)  (providing that bond forfeitures are appealable according to the appellate rules governing civil appeals).

3:
See
 Tex. R. App. P. 26.1(a)(1).

4:
See
 Tex. R. App. P. 42.3(a).

5:
See
 Tex. R. App. P. 42.3(a), 43.2(f).